FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 20 2020 ★

LONG ISLAND OFFICE

CV-20 1877

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Virtue Mekhi Oliver
_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**SEYBERT, J.**

JURY DEMAND
YES ✓   NO ___

**SHIELDS, M.J.**

-against-

Yaphank Correctional Facility
Officer John Doe 1, Officer John Doe 2,
Officer John Doe 3, Officer John Doe 4,
Lt. John Doe, Sgt John Doe, Warden
John Doe

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Virtue Oliver

If you are incarcerated, provide the name of the facility and address:

Riverhead Correctional Facility  110 Center Drive Riverhead, N.Y. 11901

Prisoner ID Number: 729378

1

RECEIVED
APR 22 2020
EDNY PRO SE OFFICE

If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: 310-906-5913

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Yaphank Correctional Facility

Job Title: 

Address: 200 Suffolk Ave Yaphank, N.Y 11980

Defendant No. 2

Full Name: Officer John Doe 1

Job Title: Correction Officer (S.E.R.T.)

Address: 200 Suffolk Ave Yaphank, N.Y 11980

Defendant No. 3

Full Name: Correction Officer John Doe 2

Job Title: Correction Officer (S.E.R.T.)

Address: 200 Suffolk Ave Yaphank, N.Y 11980

Address

Defendant No. 4

Full Name: Correction Officer John Doe 3
Job Title: Correction officer (S.E.R.T.)
Address: 200 Suffolk Ave. Yaphank, N.Y 11980

Defendant No. 5

Full Name: Officer John Doe 4
Job Title: Correction Officer (S.E.R.T.)
Address: 200 Suffolk Ave. Yaphank, N.Y 11980

II. **Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Yaphank Correctional Facility Pod D on the way to bookings.

When did the events happen? (include approximate time and date) January 15, 2020 Between the time of 3:30 and 5:30

Ongoing from Page 3

Defendant No. 6
Full Name - Sgt. John Doe
Job title - SGT.
Address - 200 suffolk Ave Yaphank, N.Y 11980

Defendant No. 7
Full Name - Lt. John Doe
Job title - Lt.
Address - 200 suffolk Ave Yaphank, N.Y 11980

Defendant No. 8
Full Name - Warden John Doe
Job title - Warden
Address - 200 suffolk Ave Yaphank, N.Y 11980

Facts: (what happened?) On January 15, 2020 between the time of 3:30 to 5:30 while I was locked in my cell at Yaphank Correctional facility I was told to put my hands behind my back and put them against the door with a soft cast on to be handcuffed. While being handcuffed by officers John Doe 1, John Doe 2, John Doe 3, and John Doe 4 supervised by SGT. John Doe who was supervised by Lt. John Doe my hand was being bent and twisted in awkward positions which caused new injuries to my existing injuries.

II.A. **Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Broken scaphoid and torn ligaments in my wrist. 2 Surgeries are needed one for the scaphoid to be repaired and one to repair the torn ligament I have in my wrist. Medical treatment was not received yet. I also need to attend physical therapy to reclaim large and small motor skills in my hand.

4

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

$15 million for compensation and $7 million for punative.

I declare under penalty of perjury that on **April 9, 2020** (date), I delivered this complaint to prison authorities at **Riverhead Correctional Facility** (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-9-20

_Virtue O_
Signature of Plaintiff

Riverhead Correctional Facility
Name of Prison Facility or Address if not incarcerated

100 Center Drive Riverhead, NY 11901

Address

729378
Prisoner ID#

rev. 12/1/2015

5



SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Virtue M Oliver

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(ATTENTION PRO-SE OFFICE)

RECEIVED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2020 ★
LONG ISLAND OFFICE