UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 08/02/2022
TIME: 10:00 AM
☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:20-cv-01877-AMD-JMW-Oliver v. Yaphank Correctional Facility et al.**

APPEARANCES:

| | |
|---|---|
| Pro Se Plaintiff: | Virtue Mekhi Oliver, Appearing *Pro Se* |
| For Defendant: | Arlene S. Zwilling |

Court Reporter/FTR:   10:16-10:28 (Telephone)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held. The parties advised the Court of the status of this case. Plaintiff was granted a final extension of time to serve his narrative statement and shall do so on or before 8/19/2022; Defendants shall serve Plaintiff with courtesy copies of their discovery demands on or before 8/3/2022; Plaintiff shall respond to Defendants' discovery demands on or before 9/2/2022. Plaintiff was cautioned that if he continues to fail to comply with the deadlines for the narrative statement and/or discovery, there could be consequences, including possible dismissal for failure to prosecute.

☒ A Status Conference has been scheduled for October 3, 2022 at 9:30 AM via the Court's AT&T Conference line. The parties should dial 1-866-434-5269 and enter access code 9025281# at the prompt.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

Counsel for Defendant is to serve copies of this order and attachments upon Plaintiff and file proof of service on ECF on or before 8/3/2022.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge